IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Emmanuel Moreno Aguilar, | ) | CASE NO. 4:26-cv-1553 |
| Petitioner, | ) | JUDGE DAVID A. RUIZ |
| v. | ) | ORDER OF DISMISSAL |
| Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner Emmaneul Moreno Aguilar, through counsel, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 challenging his custody by immigration officials. (R. 1). On September 9, 2026, Petitioner, through counsel, filed a Motion to Dismiss the petition as moot. (R. 9). Counsel represents that "[s]ince the filing of the Petition, Petitioner was granted voluntary departure by the Immigration Court and has timely departed the United States in compliance with that order. Accordingly, Petitioner is no longer in immigration custody[.]" *Id.* at PageID# 50. Petitioner's Motion to Dismiss (R. 9) is hereby GRANTED and this matter is closed.

IT IS SO ORDERED.

Date: September 11, 2026

s/ David A. Ruiz
David A. Ruiz
United States District Judge